**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

JESSE R. ENJAIAN,

    Plaintiff,

v.                                           Case No. 13-CV-13907-DT

UNIVERSITY OF MICHIGAN et al.,

    Defendants.

                                             /

**ORDER STRIKING IMPROPER FILINGS**

Before the court are three pending motions: a motion filed by pro se Plaintiff Jesse R. Enjaian, and two motions to dismiss filed by separate Defendants. These motions will be resolved in due time. In addition to these motions and the accompanying responses, Plaintiff has filed a series of documents entitled "Judicial Notice," in which he purports to ask that the court take judicial notice of various types of authority in support of his motion or response briefs. These documents are not allowed under the local rules and will be stricken as improvidently filed. The local rules allow for a motion, response, and optional reply brief, and all these documents must comply with certain formatting and procedural requirements. *See* E.D. Mich. LR 7.1. There is no provision under the local rules which allows a party to file a repeated documents supplementing his brief, particularly when the filings–as here–do not add any additional argument but ask the court to look to general areas of law (such as the Michigan Constitution, or the Elliot-Larsen Civil Rights Act). Plaintiff must contain all of his citations to legal authority and exhibits in one brief in support or opposition to a motion.

Any additional documents will not be allowed and will be stricken by the court.

Accordingly,

IT IS ORDERED that Plaintiff's various documents entitled "Judicial Notice" [Dkt. ## 10, 11, 12, 14, 16, 17, 18, 27, 28, 29] are STRICKEN from the court's docket.


s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  December 17, 2013


I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 17, 2013, by electronic and/or ordinary mail.

s/Lisa G. Wagner
Case Manager and Deputy Clerk
(313) 234-5522

S:\Cleland\CHD\Orders and Opinions\13-13907.ENJAIAN.StrikeImproperDocuments .wpd